IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DORMAN PRODUCTS, INC.,**<br>            **Plaintiff,** | **CIVIL ACTION** |
| v. | |
| **PACCAR, INC.,**<br>            **Defendant.** | **NO. 13-6383** |

### O R D E R

**AND NOW**, this 16th day of June, 2014, upon consideration of Plaintiff Dorman Products, Inc.'s Motion to Stay Pending *Inter Partes* Review (Document No. 28, filed April 8, 2014), Defendant PACCAR Inc's Opposition to Plaintiff Dorman Products, Inc.'s Motion to Stay Pending *Inter Partes* Review (Document No. 32, filed April 25, 2014), Plaintiff Dorman Products, Inc.'s Reply to PACCAR Inc.'s Opposition to Motion to Stay Pending *Inter Partes* Review (Document No. 38, filed May 7, 2014), Defendant PACCAR Inc's Motion for Leave to File a Motion for Summary Judgment (Document No. 31, filed April 24, 2014), Plaintiff Dorman Products, Inc.'s Opposition to Defendant PACCAR Inc.'s Motion for Leave to File a Motion for Summary Judgment (Document No. 33, filed May 2, 2014), and Defendant PACCAR Inc's Reply in Support of its Motion for Leave to File a Motion for Summary Judgment (Document No. 37, filed May 7, 2014), for the reasons set forth by Memorandum dated June 16, 2014, **IT IS ORDERED** as follows:

   1. Plaintiff Dorman Products, Inc.'s Motion to Stay Pending *Inter Partes* Review (Document No. 28, filed April 8, 2014) is **GRANTED**, and all proceedings in this civil action are **STAYED** until further order of the Court;

   2. The Clerk of Court shall **TRANSFER** the case to the Civil Suspense File;

3. The Clerk of Court shall **MARK** the case **CLOSED FOR STATISTICAL PURPOSES**;

4. The Court shall **RETAIN** jurisdiction over the case and the case shall be **RETURNED** to the Court's active docket when there are no impediments to further proceedings and the case may proceed to final disposition; and,

5. The entry of this Order is **WITHOUT PREJUDICE** to the rights of any party to request that the case be returned to the Court's active docket.

**IT IS FURTHER ORDERED** that the parties, through counsel, shall jointly report to the Court (letter to Chambers, Room 12613) regarding the status of the proceedings before the Patent Trial and Appeal Board of the United States Patent and Trademark Office at three (3) month intervals or more frequently if warranted by the circumstances.

**IT IS FURTHER ORDERED** that Defendant PACCAR Inc's Motion for Leave to File a Motion for Summary Judgment (Document No. 31, filed April 24, 2014) is **DENIED** on the present state of the record.

                                                         **BY THE COURT:**

                                                      /s/ Hon. Jan E. DuBois
                                                      **DuBOIS, JAN E., J.**