IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PACCAR, INC.,** **Plaintiff,** v. **DORMAN PRODUCTS, INC.,** **Defendant.** | CIVIL ACTION NO. 13-6383 |

**O R D E R**

**AND NOW**, this 20th day of December, 2016, upon consideration of Dorman Products, Inc.'s Motion for Certification Pursuant to 28 U.S.C. § 1292(b) (Document 154, filed Sept. 1, 2016), Defendant[1] PACCAR Inc.'s Response to Plaintiff Dorman Products, Inc.'s Motion for Certification Pursuant to 28 U.S.C. § 1292(b) (Document No. 157, filed Sept. 19, 2016), and Plaintiff Dorman Products, Inc.'s Reply to Defendant PACCAR Inc.'s Response to Defendant PACCAR Inc.'s Response to Plaintiff Dorman Products, Inc.'s Motion for Certification Pursuant to 28 U.S.C. § 1292(b) (Document No. 161, filed Sept. 23, 2016), for the reasons set forth in the accompanying Memorandum dated December 20, 2016, **IT IS ORDERED** that Dorman Products, Inc.'s Motion for Certification Pursuant to 28 U.S.C. § 1292(b) is **DENIED**.

BY THE COURT:

/s/ Hon. Jan E. DuBois

_____

**DuBOIS, JAN E., J.**

---

[1] The parties were realigned by agreement in this Court's Order dated October 6, 2016.